IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TIEN LE, | : |
| | : |
| Plaintiff, | : |
| | : No.: 2:23-cv-00269-DSC |
| v. | : |
| DANIEL NEHRER, | : |
| | : |
| Defendant | : |

## STIPULATION FOR DISMISSAL

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the parties, by their undersigned counsel hereby stipulate to the dismissal of this civil action with prejudice, with all parties to bear their own fees and costs.

**SIMON & SIMON, P.C.**

*/s/ Ashley Henkle*
Ashley M. Henkle, Esquire
*Counsel for Plaintiff*
500 Grant Street, Suite 2900
Pittsburgh, PA 15219

**SUMMERS, McDONNELL,
HUDOCK, GUTHRIE & RAUCH, P.C.**

*/s/ Joseph A. Hudock, Jr.*
Joseph A. Hudock, Jr., Esquire
*Counsel for Defendant*
707 Grant Street
Pittsburgh, PA 15219

## ORDER

AND NOW, this 22nd day of June, 2023, it is so ORDERED.

　　　　　　　　　　　　　　　　　　　s/David Stewart Cercone, S.J.
　　　　　　　　　　　　　　　　　　　David S. Cercone
　　　　　　　　　　　　　　　　　　　United States Senior District Judge